Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18–24450–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Thomas J. Pepe
    117 Ridgeview Lane
    Mount Arlington, NJ 07856

Social Security No.:
    xxx–xx–8140

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 7/19/18 and a confirmation hearing on such Plan has been scheduled for 10/24/18.

The debtor filed a Modified Plan on 10/4/18 and a confirmation hearing on the Modified Plan is scheduled for 11/14/18 at 9:00 AM. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: October 10, 2018
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Thomas J. Pepe
       Debtor

Case No. 18-24450-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin       Page 1 of 1       Date Rcvd: Oct 10, 2018
       Form ID: 186       Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
```
db             +Thomas J. Pepe,    117 Ridgeview Lane,    Mount Arlington, NJ 07856-2320
517653272      +Home Bridge Financial Services,    c/o Frenkel, Lambert, Weiss and Gordon,
                80 Main Street, Suite 460,    West Orange, NJ 07052-5414
517780506      +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,
                Ewing, NJ 08618-1430
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2018 00:59:28    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2018 00:59:23    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 11 2018 01:04:26
                AIS Portfolio Services LP,   4515 N Santa Fe Ave., Dept APS,   Oklahoma City, OK 73118-7901
517663547      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 11 2018 01:03:31
                BMW Bank of North America,   AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
517705471       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Oct 11 2018 01:04:33
                BMW Financial Services NA, LLC,   P.O. Box 3608,   Dublin, OH  43016
517653271      +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Oct 11 2018 01:04:34    BMW Financial Services,
                5550 Britton Parkway,   Hilliard, OH 43026-7456
                                                                          TOTAL: 6
```

       ***** BYPASSED RECIPIENTS *****
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
```
     Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
       dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
     Kevin Gordon McDonald    on behalf of Creditor    HomeBridge Financial Services, Inc.
       kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
     Marie-Ann  Greenberg    magecf@magtrustee.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
     William L. Pegg, Jr.    on behalf of Debtor Thomas J. Pepe williamlpeggjr@gmail.com,
       williamlpeggjr@gmail.com
                                                                          TOTAL: 5
```