UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William L. Pegg Jr. 5528
133 Washington Street
Morristown, N.J. 07960
(973) 540-0202
Attorney for the Debtor

**Order Filed on November 19, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Thomas J. Pepe

| | |
|---|---|
| Case No.: | 18-24450 |
| Chapter: | 13 |
| Judge: | Meisel |

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 19, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of William L. Pegg Jr., Attorney for the Debtor for the reduction of time for a hearing on Motion to Impose the Automatic Stay _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on November 28, 2018 at 10:00 AM in the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey, Courtroom No. 3A.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: the Chapter 13 Trustee, Secured Creditor(s) and their counsel, all parties having filed a notice of appearance in this case, and all creditors of the Debtor

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to the Chapter 13 Trustee, Secured Creditor(s) and their counsel, and all parties having filed a notice of appearance in this case.

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

 ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail
 _____ day(s) prior to the scheduled hearing; or

 ☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

 ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*