UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William L. Pegg Jr. 5528
133 Washington Street
Morristown, N.J. 07960
(973) 540-0202
Attorney for the Debtor

Order Filed on November 19, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Thomas J. Pepe

| | |
|---|---|
| Case No.: | 18-24450 |
| Chapter: | 13 |
| Judge: | Meisel |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 19, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of William L. Pegg Jr., Attorney for the Debtor for the reduction of time for a hearing on Motion to Impose the Automatic Stay _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on November 28, 2018 at 10:00 AM in the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey, Courtroom No. 3A.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: the Chapter 13 Trustee, Secured Creditor(s) and their counsel, all parties having filed a notice of appearance in this case, and all creditors of the Debtor

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to the Chapter 13 Trustee, Secured Creditor(s) and their counsel, and all parties having filed a notice of appearance in this case.

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-24450-SLM
Thomas J. Pepe                                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 1            Date Rcvd: Nov 19, 2018
                              Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2018.
db             +Thomas J. Pepe,    117 Ridgeview Lane,    Mount Arlington, NJ 07856-2320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    HomeBridge Financial Services, Inc.
       kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William L. Pegg, Jr.    on behalf of Debtor Thomas J. Pepe williamlpeggjr@gmail.com,
       williamlpeggjr@gmail.com;peggwr84347@notify.bestcase.com
                                                                   TOTAL: 5