UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

IN RE:

THOMAS J. PEPE

Order Filed on January 11, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.:  18-24450 SLM

Hearing Date:  1/9/2019

Judge:  STACEY L. MEISEL

**Debtor is Entitled To Discharge**

## ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: January 11, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 18-24450 SLM

Caption of Order:     ORDER CONFIRMING PLAN

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 10/4/2018, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 8/1/2018, the Debtor shall pay the Standing Trustee

    the sum of $4,857.44 paid into date over 6 month(s), and then

    the sum of $1,554.00 for a period of 54 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586; and it is further

- ORDERED, that notwithstanding the preceding paragraph, in no event shall the unsecured creditors receive less than 100% of their timely filed claims; and it is further

- ORDERED, that the mortgage arrears claim will be paid inside the plan as filed, unless otherwise ordered by the Court; and it is further

- ORDERED, that the Debtor's attorney is allowed a fee of $1,500.00.  The unpaid balance of the allowed fee in the amount of $1,500.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas J. Pepe  
    Debtor

Case No. 18-24450-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 11, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2019.
db           +Thomas J. Pepe,   117 Ridgeview Lane,   Mount Arlington, NJ 07856-2320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2019 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America
          jschwartz@mesterschwartz.com
         Kevin Gordon McDonald    on behalf of Creditor    HomeBridge Financial Services, Inc.
          kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
         Laura M. Egerman    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
          Servicing bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         William L. Pegg, Jr.    on behalf of Debtor Thomas J. Pepe williamlpeggjr@gmail.com,
          williamlpeggjr@gmail.com;peggwr84347@notify.bestcase.com
                                                                                                  TOTAL: 7