UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

Order Filed on February 14, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

**In Re:**

**THOMAS J. PEPE, Debtor and FRANCES M PEPE, Codebtor**

Case No.: 18-24450-SLM

Judge: Stacey L. Meisel

# ORDER VACATING STAY

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: February 14, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

2

| | |
|---|---|
| Debtor: | Thomas J. Pepe |
| Codebtor: | Frances M Pepe |
| Case No.: | 18-24450-SLM |
| Caption of Order: | Order Vacating Stay as To Personal Property |

Upon consideration of BMW Bank of North America's Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered** that the Co-Debtor stay of section 1301 (a) is vacated to permit the Movant to pursue its rights as to Frances M Pepe to the extent and in the manner provided by any applicable contract documents and non bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

☒ Personal property more fully described as:
**2014 BMW X3 Utility 4D 28i AWD**
**V.I.N. 5UXWX9C59E0D13946**