| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ 07004-1550** | **Order Filed on May 1, 2019 by**<br>**Clerk, U.S. Bankruptcy Court -**<br>**District of New Jersey** |
| In re:<br><br>THOMAS J. PEPE,<br><br>     Debtor. | Case No. 18-24450 (SLM)<br><br>Hearing Date: 4/24/2019<br><br>Judge: Stacey L. Meisel |

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: May 1, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): Thomas J. Pepe

Case No.: 18-24450 (SLM)

Caption of Order: Order on Trustee's Motion to Stop Disbursement on Proof of Claim

---

  ORDERED, that the claim of BMW FINANCIAL SERVICES NA, LLC, Court Claim Number 1, be modified to the amount paid to date through the plan by the Standing Trustee; and it is further

  ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall be null and void, and the claim shall be reinstated accordingly; and it is further

  ORDERED, that this Order shall not be construed to prevent BMW FINANCIAL SERVICES NA, LLC from filing an unsecured deficiency claim with respect to its claim, if appropriate.