| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ 07004-1550** |

Order Filed on May 1, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In re:

THOMAS J. PEPE,

    Debtor.

Case No. 18-24450 (SLM)

Hearing Date: 4/24/2019

Judge: Stacey L. Meisel

## ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: May 1, 2019**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): Thomas J. Pepe

Case No.: 18-24450 (SLM)

Caption of Order:  Order on Trustee's Motion to Stop Disbursement on Proof of Claim

---

ORDERED, that the claim of BMW FINANCIAL SERVICES NA, LLC, Court Claim Number 1, be modified to the amount paid to date through the plan by the Standing Trustee; and it is further

ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall be null and void, and the claim shall be reinstated accordingly; and it is further

ORDERED, that this Order shall not be construed to prevent BMW FINANCIAL SERVICES NA, LLC from filing an unsecured deficiency claim with respect to its claim, if appropriate.

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas J. Pepe  
     Debtor

Case No. 18-24450-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 01, 2019  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.
```
db             +Thomas J. Pepe,    117 Ridgeview Lane,    Mount Arlington, NJ 07856-2320
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor   HomeBridge Financial Services, Inc.
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Jason Brett Schwartz    on behalf of Creditor   BMW Bank of North America
           jschwartz@mesterschwartz.com
          Jason Brett Schwartz    on behalf of Creditor   BMW Financial Services NA, LLC
           jschwartz@mesterschwartz.com
          Kevin Gordon McDonald    on behalf of Creditor   HomeBridge Financial Services, Inc.
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint Mortgage
           Servicing bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William L. Pegg, Jr.    on behalf of Debtor Thomas J. Pepe williamlpeggjr@gmail.com,
           williamlpeggjr@gmail.com;peggwr84347@notify.bestcase.com
                                                                                              TOTAL: 8
```